

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In the Interest of E. L. A. V., a Child, | § | No. 08-18-00052-CV |
| Appellant. | § | Appeal from the |
| | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2011DCM10698) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 13, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 13, 2018.

IT IS SO ORDERED this 13th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.